UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LAURIE FERENDO )<br>    Plaintiff )<br> )<br>v. )<br> )<br> )<br>CREDITORS INTERCHANGE RECEIVABLE )<br>MANAGEMENT, LLC )<br>    Defendant )<br> )<br> ) | CIVIL ACTION<br><br>COMPLAINT<br><br><br><br><br><br><br><br>JUNE 1, 2010 |

## COMPLAINT

### I. INTRODUCTION

1. This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2. The plaintiff, Laurie Ferendo, is a natural person residing in Bozrah, CT.

3. Defendant, Creditors Interchange Receivable Management, LLC ("Creditors"), is a Delaware corporation and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency.

### III. JURISDICTION

4. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337, and Fed. R. Civ. P. 18(a).

5. This Court has jurisdiction over Creditors because it engages in debt collection activities within Connecticut.

6. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut and the acts complained of occurred in this state.

## IV. FACTUAL ALLEGATIONS

7. Sometime in 2008, Creditors began attempting to collect a debt from Plaintiff associated with account Reference No. 12729427 ("the Debt").

8. On multiple occasions, Plaintiff had taken calls from Creditors regarding the Debt and informed them of the fact she had hired a bankruptcy attorney, and she provided Creditors with contact information for that attorney; notwithstanding, Creditors continued to telephone Plaintiff.

9. Creditors telephoned Plaintiff on December 9th, 16th, 17th, 18th, and 19th, 2009 regarding the Debt.

## V. CAUSE OF ACTION
### Fair Debt Collection Practices Act - Creditors

10. Plaintiff incorporates Paragraphs 1-9.

11. Creditors violated the FDCPA by continuing to contact Plaintiff despite the fact Creditors already had been provided with contact information for Plaintiff's bankruptcy attorney.

WHEREFORE, the Plaintiff prays for the following relief:

Statutory damages, attorney's fees, and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

**PLAINTIFF, LAURIE FERENDO**

By: _____
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408
Fax (860) 571-7457