UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **LAURIE FERENDO** | ) | **CASE NO.** |
|     Plaintiff | ) | **3:10-CV-00865-AWT** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CREDITORS INTERCHANGE RECEIVABLE MANAGEMENT, LLC** | ) | |
|     Defendant | ) | |
| | ) | **JULY 2, 2010** |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the plaintiff, Laurie Ferendo, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed without costs or attorney's fees.

**PLAINTIFF, LAURIE FERENDO**

By: /s/Daniel S. Blinn
Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT 06067
Tel. (860) 571-0408
Fax (860) 571-7457